

# Fourth Court of Appeals
## San Antonio, Texas

November 18, 2022

No. 04-22-00579-CV

**IN THE INTEREST OF D.J.R., A CHILD**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA02365
Honorable Nicole Garza, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The reporter's record was originally due September 19, 2022, but was not filed. On October 3, 2022, we ordered the court reporter, David J. Laurel, to file the reporter's record by October 13, 2022, but it was not filed. On October 18, 2022, we ordered Mr. Laurel to file the reporter's record by October 28, 2022. On October 27, 2022, Mr. Laurel notified this court that the reporter's record was not filed because appellant failed to pay or make arrangements to pay the fee for preparing the record and appellant is not entitled to appeal without paying the fee for preparation of the reporter's record.

On October 28, 2022, we advised Mr. Laurel that appellant is entitled to appeal without paying the fee for preparation of the reporter's record and we ordered Mr. Laurel to file the reporter's record by November 7, 2022. Again, the reporter's record was not filed.

On November 16, 2022, Mr. Laurel filed a second notice of late record explaining "Notice of appeal was delivered to me within the past month; it remains unpaid." Appellant is entitled to appeal without paying the fee for preparation of the reporter's record.

It is ORDERED that David J. Laurel file the reporter's record in this court no later than **November 28, 2022**. *See* TEX. R. APP. P. 35.3(c). If the record is not received by such date, an order will be issued directing Mr. Laurel to appear before this court in person and show cause why he should not be held in contempt for failing to file the record. The clerk of this court shall cause a copy of this order to be served on Mr. Laurel by certified mail, return receipt requested, or give other personal notice of this order with proof of delivery. Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," TEX. R. APP. P. 35.3(c), the clerk of the court is directed to serve a copy of this order on the Honorable Nicole Garza, Judge of the 37th Judicial District Court.

It is so **ORDERED** on November 2022.

**PER CURIAM**

ATTESTED TO:

MICHAEL A. CRUZ,
CLERK OF COURT

